John J. MEEHAN, Administrator of the Estate of Donald H. Worrell, Deceased, Appellant,

v.

GULF OIL CORPORATION.

William J. KERNAN, Administrator of the Estate of Arthur E. Milan, Deceased, Appellant,

v.

GULF OIL CORPORATION.

Nos. 15021, 15022.

United States Court of Appeals Third Circuit.

Argued Feb. 12, 1965.

Decided March 5, 1965.

Milton M. Borowsky and Freedman, Borowsky & Lorry, Philadelphia, Pa. (Abraham E. Freedman and Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellants.

John B. Hannum and Pepper, Hamilton & Scheetz, Philadelphia, Pa., for appellees.

Before KALODNER, STALEY and FREEDMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The judgments in favor of defendant and against plaintiff at appeal Nos. 15021 and 15022, entered by Judge Kraft on October 7, 1963, pursuant to the jury's verdicts, will be affirmed, D. C., 231 F. Supp. 339, on remand from 3 Civ., 312 F.2d 737, which reversed D.C., 201 F. Supp. 117.

■

Frantzeskos PAVGOUZAS, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE.

No. 15012.

United States Court of Appeals Third Circuit.

Argued Feb. 16, 1965.

Decided March 2, 1965.

J. J. Kilimnik, Philadelphia, Pa., for petitioner.

Sullivan Cistone, Asst. U. S. Atty., Philadelphia, Pa. (Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., Maurice A. Roberts, Attorney, Department of Justice, Washington, D. C., on the brief), for respondent.

Before KALODNER and SMITH, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM:

On review of the record we find no error. The Order of the Board of Immigration Appeals will be affirmed.